PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                                                                      CASE NO.: 21-42037-ELM-13

**DESHONTE LEJUAN HICKS**
   1440 CARROLLTON PKWY
   APT 24312
   CARROLLTON, TX 75010
   SSN/TIN: XXX-XX-8203

**DEBTOR**                                                                                                  HEARING: MAY 12, 2022 AT 8:30 AM

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND
## PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

     If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

                                                                               Respectfully submitted,

                                                       By:    <u>/s/ Ethan S. Cartwright</u>
                                                                   Ethan S. Cartwright, Staff Attorney
                                                                   Bar No. 24068273
                                                                   PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                                   Bar No. 01344800
                                                                   7001 Blvd 26, Ste 150
                                                                   North Richland Hills, TX 76180
                                                                   (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

       I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                                                               By:   /s/ Ethan S. Cartwright
                                                                       Ethan S. Cartwright

DEBTOR:     Deshonte LeJuan Hicks, 1440 Carrollton Pkwy, Apt 24312, Carrollton, TX 75010
ATTORNEY:  DAVID SHUSTER, SHUSTER LAW PLLC, 860 HEBRON PKWY STE 303, LEWISVILLE, TX 75057
CREDITORS:
Acima Credit, 9815 South Monroe Street, 4th Floor***BAD ADDRESS***, ***BAD ADDRESS***, Sandy, UT 84070***
AIS PORTFOLIO SERVICES LP, ATTN: ALLY BANK DEPT, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118-0000
Ally Financial, Attn Bankruptcy, PO Box 380901, Bloomington, MN 55438
ALLY FINANCIAL PPC, GMAC\NUVELL\NAT AUTO FIN\AM SUZUKI, PO BOX 78367, PHOENIX, AZ 85062-0000
AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-0000
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711
Automart of Dallas, 719 E E State Hwy 121, Lewisville, TX 75057-0000
Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209
CARVANA LLC, PO BOX 29018, PHOENIX, AZ 85038-0000
Convergent Outsourcing Inc, Attn Bankruptcy, 800 SW 39th St Ste 100, Renton, WA 98057
Department of Education Nelnet, Attn Bankruptcy, PO Box 82561, Lincoln, NE 68501
DEPT OF EDUCATION/NELNET, 121 S 13TH ST, LINCOLN, NE 68508-0000
DEPT STORE NATIONAL BANK, C/O QUANTUM3 GROUP, PO BOX 657, KIRKLAND, WA 98083-0000
DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON, MO 63368
Eastern Account System Inc, Attn Bankruptcy, 3 Corporate Way, Danbury, CT 06810
Genesis Credit Celtic Bank, Attn Bankruptcy, PO Box 4477, Beaverton, OR 97076
INTERCOASTAL FINANCIAL LLC, 7954 TRANSIT RD #144DM, WILLIAMSVILLE, NY 14221-0000
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101
Irving City Efcu, 1408 W Pioneer Dr, Irving, TX 75061
JD RECEIVABLES LLC, PO BOX 382656, GERMANTOWN, TN 38183-0000
LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603
NATIONAL CREDIT ADJUSTERS, PO BOX 3023, HUTCHINSON, KS 67504
NTTA, 5900 W PLANO PKWY, PLANO, TX 75093
PayYourRent, Attn Bankruptcy, 11121 Kingston Pk Ste E***BAD ADDRESS***, ***BAD ADDRESS***, Knoxville, TN 37934***
PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541
POSSIBLE FINANCIAL INC, ATTN VISHAKHA PATEL, 2231 FIRST AVE STE B, SEATTLE, WA 98121
PRA RECEIVABLES MGMT, LLC, PO BOX 12914, NORFOLK, VA 23541-0000
QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA 98083
QUANTUM3 GROUP LLC, PO BOX 2489, KIRKLAND, WA 98083
Resurgent Capital Services, Attn Bankruptcy, PO Box 10497, Greenville, SC 29603
SANTANDER CONSUMER USA, PO BOX 560284, DALLAS, TX 75356
Santander Consumer USA, Attn Bankruptcy, PO Box 961245, Fort Worth, TX 76161
SECURITY FINANCE, CENTRAL BANKRUPTCY & RECOVERY DEPARTMENT, PO BOX 1893, SPARTANBURG, SC 29304-0000

CREDITORS:     (cont'd.)

SWC Group,  4120 International Parkway #100,  Carrollton, TX  75007
SYNCHRONY BANK,  C/O PRA RECEIVABLES MANAGEMENT LLC,  PO BOX 41021,  NORFOLK, VA  23541-0000
TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  2777 N STEMMONS FREEWAY STE 1000,  DALLAS, TX  75207-000
TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711
TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711
TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  101 E 15TH ST, RM 556-A,  AUSTIN, TX  78778-0000
US DEPARTMENT OF EDUCATION,  PO BOX 2837,  PORTLAND, OR  97208-0000
US Dept Of Education,  400 Maryland Avenue SW Room 6E353,  Washington, DC  20202

\*\*\*Address on record invalid for recipient -- no document mailed to this party.

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 21-42037-ELM-13 |
| **DESHONTE LEJUAN HICKS**<br>    1440 CARROLLTON PKWY<br>    APT 24312<br>    CARROLLTON, TX 75010<br>    SSN/TIN: XXX-XX-8203 | |
| **DEBTOR** | **HEARING: MAY 12, 2022 AT 8:30 AM** |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

### RELIEF REQUESTED

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I.

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 3 | ACIMA CREDIT | UNSECURED | $1,131.00 |
| 5 | CONVERGENT OUTSOURCING INC | UNSECURED | $736.00 |
| 7 | EASTERN ACCOUNT SYSTEM INC | UNSECURED | $139.00 |
| 9 | IRVING CITY EFCU | UNSECURED | $1,718.00 |
| 11 | PAYYOURRENT | UNSECURED | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES LLC | UNSECURED | $1,013.00 |
| 13 | POSSIBLE FINANCIAL INC | UNSECURED | $354.00 |
| 17 | SWC GROUP | UNSECURED | $78.00 |

II.

**TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS**

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation. "Interest Rate" and "Treatment" are shown

| CLAIM# | SECURED 1325(a)(9) CRD | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 16 | AUTOMART OF DALLAS | 2011 DODGE RAM/ATTY FILED | $24,000.00 | 5.50% | PRO RATA-TR |
| 7 | CARVANA LLC | 2013 LEXUS ES350 | $16,464.90 | 5.50% | PRO RATA-TR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 10 | ALLY FINANCIAL PPC | $3,194.83 | DEFICIENCY/13 LEXUS |
| 4 | US DEPARTMENT OF EDUCATION | $73,574.14 | STUDENT LOANS |
| 8 | QUANTUM3 GROUP LLC | $293.59 | CELTIC BANK/INDIGO MC |
| 6 | DEPT STORE NATIONAL BANK | $1,927.22 | MACYS |
| 2 | LVNV FUNDING LLC | $1,034.21 | CREDIT ONE |
| 5 | SANTANDER CONSUMER USA | $2,509.27 | DEFIC BAL/08 LEXUS ES350 LOAN |
| 11 | SECURITY FINANCE | $220.00 | |
| 1 | TEXAS WORKFORCE COMMISSION | $5,547.00 | BENEFITS OVERPAYMENT |
| 3 | LVNV FUNDING LLC | $705.32 | CAPITAL ONE |
| 9 | NTTA | $2,425.30 | TOLLS |
| 12 | NATIONAL CREDIT ADJUSTERS | $647.31 | ACE CASH EXPRESS |
| 13 | JD RECEIVABLES LLC | $832.68 | ACE CASH EXPRESS |
| 14 | PRA RECEIVABLES MGMT, LLC | $974.85 | WALMART/SYNCHRONY BANK |
| 15 | INTERCOASTAL FINANCIAL LLC | $832.68 | ACE CASH EXPRESS |

III.

**PLAN MODIFICATION**

**No Other Modification Needed**

                Respectfully submitted,

By:   <u>/s/ Ethan S. Cartwright</u>
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       7001 Blvd 26, Ste 150
       North Richland Hills, TX 76180

Dated: April 1, 2022                (817) 916-4710 Phone