| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 21-42037-elm13<br>Northern District of Texas<br>Ft. Worth<br>Mon Aug  1 16:51:16 CDT 2022 | Ally Bank, CO AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Intercoastal Financial, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121-3132 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | Acima Credit<br>9815 South Monroe Street<br>4th Floor<br>Sandy, UT 84070-4384 |
| Ally Bank<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank c/o AIS Portfolio Services, LP<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>Attn: Bankruptcy<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Attorney General of Texas<br>Bankruptcy Section<br>P.O. BOX 12548<br>Austin, TX 78711-2548 | Automart of Dallas<br>719 E E State Hwy 121<br>Lewisville, TX 75057 | Bridgecrest<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 |
| Carvana, LLC<br>PO BOX 29018<br>PHOENIX, AZ 85038-9018 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>800 SW 39th St, Ste 100<br>Renton, WA 98057-4927 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| Department of Education/Nelnet<br>Attn: Bankruptcy<br>PO Box 82561<br>Lincoln, NE 68501-2561 | Eastern Account System, Inc.<br>Attn: Bankruptcy<br>3 Corporate Way<br>Danbury, CT 06810-4166 | Genesis Credit/Celtic Bank<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 |
| INTERNAL REVENUE SERVICE<br>1100 Commerce Street<br>MC 5026 DAL<br>Dallas, TX 75242-1100 | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Irving City Efcu<br>1408 W Pioneer Dr<br>Irving, TX 75061-7114 |
| (p)JD RECEIVABLES LLC<br>PO BOX 382656<br>GERMANTOWN TN 38183-2656 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023<br>Hutchinson, KS 67504-3023 | North Texas Tollway Authority<br>5900 W Plano Parkway<br>Plano, TX 75093-4695 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| PayYourRent<br>Attn: Bankruptcy<br>11121 Kingston Pk, Ste E<br>Knoxville, TN 37934-2864 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)POSSIBLE FINANCIAL INC<br>ATTN VISHAKHA PATEL<br>2231 FIRST AVE STE B<br>SEATTLE WA 98121-1614 |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Capital Services<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603-0497 | SWC Group<br>4120 International Parkway #100<br>Carrollton, TX 75007-1957 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>PO Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Security Finance<br>Attn: Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Security Finance Corporation<br>P.O. Box 1893<br>Spartanburg, SC 29304-1893 | Shuster Law, PLLC<br>860 Hebron Pkwy<br>Suite 303<br>Lewisville, TX 75057-5143 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Division, Collectio<br>101 E 15th Street, Room 556<br>Austin TX 78778-0001 |
| U.S. Dept. Of Education<br>400 Maryland Avenue, SW Room 6E353<br>Washington DC, 20202-2110 | U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | US DEPARTMENT OF EDUCATION C/O NELNET<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | David James Shuster<br>Shuster Law, PLLC<br>860 Hebron Parkway<br>Suite 303<br>Lewisville, TX 75057-5143 | Deshonte LeJuan Hicks<br>1440 Carrollton Pkwy<br>Apt 24312<br>Carrollton, TX 75010-1380 |
| Pam Bassel<br>Office of The Standing Ch.13 Trustee<br>860 Airport Freeway<br>Suite 150<br>Hurst, TX 76054-3249 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| JD Receivables LLC<br>Agent of Receivables Management<br>PO Box 382656<br>Germantown, TN 38183 | Macys/fdsb<br>Attn: Bankruptcy<br>7 West Seventh Street<br>Cincinnati, OH 45202 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>POB 41067<br>Norfolk VA 23541 | Possible Finance<br>2231 First Avenue<br>Suite B<br>Seattle, WA 98121 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Intercoastal Financial, LLC        End of Label Matrix
c/o Weinstein & Riley, PS             Mailable recipients    45
2001 Western Avenue, Suite 400        Bypassed recipients     1
Seattle, WA 98121-3132                Total                  46
```